UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>**Susana Mendoza**,<br><br>            Defendant. | CASE NO.:   21CR3600-JLS<br><br>**ORDER TO CONTINUE MOTION HEARING/TRIAL SETTING** |

**IT IS HEREBY ORDERED** that the Unopposed Motion to Continue the Motion Hearing/Trial Setting scheduled for June 24, 2022 to August 5, 2022 at 1:30 p.m. is **Granted**. It is further ordered that time is excluded from the Speedy Trial Act.

IT IS SO ORDERED.

Dated:  June 16, 2022

Hon. Janis L. Sammartino
United States District Judge