1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.:  21CR3600-JLS |
|---|---|
| Plaintiff, | Hon. Janis L. Sammartino |
| v. | |
| SUSANA MENDOZA, | ORDER TO CONTINUE MOTION HEARING/ TRIAL SETTING |
| Defendant. | |

Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/ Trial Setting currently set for August 5, 2022, be continued to **September 23, 2022, at 1:30 p.m.** For the reasons set forth in the joint motion, the Court finds that the time is excludable under 18 U.S.C. §§ 3161(h)(7) and (h)(1)(D).

IT IS SO ORDERED.

Dated:  July 22, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge